IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA MERRILL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN EXPRESS, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:08cv704-WHA |

## **ORDER**

The Plaintiff, Linda Merrill, through her counsel, Keith Anderson Nelms, having failed to show cause by October 27, 2008, why this case should not be dismissed for failure to prosecute, as directed by the order of the court (Doc. #9), entered on October 23, 2008, it is hereby

ORDERED that this case is DISMISSED for failure of the Plaintiff to prosecute the claim.

DONE this 29th day of October, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE